UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ARTHUR LEE WILSON, JR.**                            CIVIL ACTION

**VERSUS**                                           NO:        06-5246

**CITY OF NEW ORLEANS, ET AL**                       SECTION:  "N" (4)

**REPORT AND RECOMMENDATION**

This matter was referred to the undersigned United States Magistrate Judge to conduct a hearing, including an Evidentiary Hearing, if necessary and to submit Proposed Findings and Recommendations for disposition pursuant to **Title 28 U.S.C. § 636(1)(B) and (C), § 1915(e)(2), and § 1915A**, and as applicable, **Title 42 U.S.C. § 1997e(c)(1) and (2)**.

I.      **Factual and Procedural Background**

The plaintiff, Arthur Lee Wilson, Jr., filed a complaint pursuant to 42 U.S.C. § 1983 alleging that he was in the custody of the Orleans Parish Prison system when Hurricane Katrina hit New Orleans. He contends that he was awaiting sentencing on the misdemeanor charge of disturbing the peace. He further contends that he was locked inside OPP for three days without food, water, or toilet facilities for three days and was forced to drink polluted water to survive. He also contends that he was eventually taken to Hunt Correctional Facility where he was placed outside with thousands of other displaced detainees and prisoners and suffered humiliation and fear. He brought suit against the City of New Orleans, C. Ray Nagin, Marlin Gusman, and Gary Bordelon.

Wilson filed this action on August 29, 2006. However, there is no record of service or appearance by the City of New Orleans, C. Ray Nagin, Marlin Gusman, and Gary Bordelon. Under Fed. R. Civ. P. 4(m), service must be made within 120 days of the filing of the complaint and thus in this case, the defendants should have been served by December 27, 2006.

As a result, this Court issued a Rule to Show Cause on January 8, 2007, ordering Wilson to show cause by January 24, 2007, why his claims against the defendants should not be dismissed for failure to comply with the mandates of Fed. R. Civ. P. 4(m). (*See* Rec. Doc. No. 6). Wilson never responded to the show cause order explaining why he has not complied with Rule 4(m).

**II.    Recommendation**

For the foregoing reasons, it is **RECOMMENDED** that Arthur Wilson Jr.'s claims against the defendants the City of New Orleans, C. Ray Nagin, Marlin Gusman, and Gary Bordelon be **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within **ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this __18th__ day of March, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**KAREN WELLS ROBY**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**