

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR LEE WILSON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO:    06-5246** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION: "N" (4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Arthur Lee Wilson Jr.'s 42 U.S.C. §1983 complaint against the City of New Orleans, C. Ray Nagin, Marlin Gusman, and Gary Bordelon is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 20th day of April, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___